DOCKET NO. 158

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE "REDFIELD" RIFLESCOPE PATENT LITIGATION

ORDER

It appearing that there is no opposition to the withdrawal of the motion for transfer of the above-captioned litigation to the District of Colorado for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407, the question of transfer under Section 1407 is therefore moot.

FOR THE PANEL:

Alfred P. Murrah
Chairman